UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN JOHNSON,

        Plaintiff,

- against -

CITY OF NEW YORK DEPARTMENT OF,
PARKS AND RECREATION,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
09-CV-3980 (RRM)(LB)

ROSLYNN R. MAUSKOPF, United States District Judge.

    A Memorandum and Order having been filed this day, granting summary judgment, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

    **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendant and that this case is hereby closed.

    The Clerk of Court is directed to transmit a copy of this Judgment, and the accompanying Memorandum and Order, to plaintiff *pro se*.

Dated: Brooklyn, New York
       March 8, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge